IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                         CR. NO. S-09-0159 EJG

CHUNG JENG TANG,

    Defendant.
_____/

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                         CR. NO. S-09-0172 FCD

TEHAN FERGUSON,

    Defendant.
_____/

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                         CR. NO. S-09-0173 JAM

NATHAN BITNER,

    Defendant.
_____/

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                         CR. NO. S-09-0174 EJG

COREY EBANKS,

    Defendant.
_____/

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                         CR. NO. S-09-0175 MCE

KEILAN JOHNSON,

    Defendant.         <u>RELATED CASE ORDER</u>
_____/

1

Examination of the above-entitled actions reveals that they are related within the meaning of Eastern District Local Rule 83-123. The actions arise out of the same law enforcement investigation and present common factual and legal issues. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that the actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions entitled <u>United States v. Ferguson</u> Cr. No. S-09-0172 FCD, <u>United States v. Bitner</u>, Cr. No. S-09-0173 JAM, and <u>United States v. Johnson</u>, Cr. No. S-09-0175 MCE, are hereby reassigned to Judge Edward J. Garcia for all further proceedings.[1] All dates presently set in these cases before Judges Damrell, Mendez and England are VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as Cr. No. S-09-0172 EJG, Cr. No. S-09-0173 EJG, and Cr. No. S-09-0175 EJG.

---

[1] The case of <u>United States v. Ebanks</u>, Cr. No. S-09-0174 is already assigned to the undersigned and needs no reassignment.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: April 10, 2009

/s/ Edward J. Garcia
EDWARD J. GARCIA, JUDGE
UNITED STATES DISTRICT COURT