UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
April 24, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:09CR00172-EJG |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| TEHAN FERGUSON, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __TEHAN FERGUSON__ , Case No. __2:09CR00172-EJG__ , Charge __18USC § 1014; 42USC § 408(a)(7)(B)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ __10,000.00__

        X Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other)    __Pretrial conditions as stated on the record.__

Issued at __Sacramento, CA__ on __April 24, 2009__ at __2:00 pm__ .

        By   /s/ Dale A. Drozd
              Dale A. Drozd
              United States Magistrate Judge

Copy 5 - Court