1  SHARI RUSK, Bar #170313
   ATTORNEY AT LAW
2  1710 BROADWAY, SUITE 111
   Sacramento, California 95818
3  Telephone: (916) 804-8656

4  Attorney for Defendant
   Tehan Ferguson

                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,     ) NO. CR. S.09-172, 173, 174 &
                              ) 175 EJG
              Plaintiff,      )
                              )
     v.                       ) **Stipulation to Continue Status**
                              ) **Conference & Proposed Order**
TEHAN FERGUSON, et. al.       )
                              ) Date: September 18, 2009
              Defendants.     ) Time: 10:00 a.m.
                              ) Court: Hon. Edward J. Garcia
_____ )


    Defendants, Tehan Ferguson, by and through his undersigned counsel, Nathan Bittner, Corey Ebanks and Keilan Johnson, by and through their undersigned counsel and the United States, by and through Assistant United States Attorney Kyle Reardon, hereby agree and stipulate that the status conference previously scheduled for August 28, 2009 should be re-set to September 18, 2009, and that date is available with the Court.

    The reason for this request is that the defendants are in the process of reviewing discovery, engaging in defense investigation and negotiations with the government.  The parties agree that the status

conference should be continued to September 18, 2009 and that time should be excluded for preparation of counsel under 18 U.S.C. § 3161(H)(8)(b)and under § 3161 (h)(1)(D) and pursuant to local code T2 and T4.

                                      Respectfully submitted,

Dated: August 26, 2009       /s/ Shari Rusk
                                        Shari Rusk
                                     Attorney for Defendant
                                     Tehan Ferguson

                                      /s/ Michael Long
                                     Attorney for Defendant
                                     Nathan Bittner

                                      /s/ Robert Holley
                                     Attorney for Defendant
                                     Corey Ebanks

                                      /s/ Caro Marks
                                     Attorney for Defendant
                                     Keilan Johnson

                                      /s/ Kyle Reardon
Dated: August 26, 2009       Kyle Reardon
                                     Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: August 27, 2009       /s/ Edward J. Garcia
                                     U.S. DISTRICT JUDGE

                                     _____