1  SHARI RUSK, Bar #170313
    Attorney at Law
2  1710 Broadway, # 111
    Sacramento, California 95818
3  Telephone: (916) 804-8656

**FILED**

SEP 14 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

5  Attorney for Defendant
    TEHAN FERGUSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )  No. CR-S 09-172 FCD
                     )
        Plaintiff,   )
                     )  STIPULATION AND PROPOSED ORDER TO
    v.               )  MODIFY CONDITIONS OF PRETRIAL
                     )  RELEASE
    TEHAN FERGUSON        )
            Defendant.  )
                     )
    _____)

     **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney KYLE REARDON, Counsel for the government, and Attorney Shari Rusk, Counsel for Defendant Tehan Ferguson, that Mr. Ferguson, notwithstanding any other terms and conditions of his pretrial release, that the terms and conditions of defendant's pretrial release be modified as follows:

     1.  You shall participate in a program of medical or psychiatric treatment as approved by the pre-trial services officer.

         **IT IS SO STIPULATED.**

1   Dated: September 10, 2009                    /S/ Shari Rusk
2                                               Shari Rusk
                                                Attorney for Defendant
3                                               Tehan Ferguson

4                                                /s/ Kyle Reardon
5                                               Kyle Reardon
                                                Assistant United States Attorney
6

7                                    O R D E R

8       IT IS SO ORDERED.

9

10

11  Dated:   9/14/09

12                                       Hon. Frank C. Damrell
                                         United States District Court Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order                    2