```
SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Tehan Ferguson
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S.09-172 EJG |
| ) | |
| Plaintiff, ) | |
| ) | **Stipulation to Continue Status** |
| v. ) | **Conference & Proposed Order** |
| ) | |
| TEHAN FERGUSON, et. al. ) | Date: November 4, 2009 |
| ) | Time: 10:00 a.m. |
| Defendants. ) | Court: Hon. Edward J. Garcia |
| ) | |
| _____ ) | |

   Defendants, Tehan Ferguson, by and through his undersigned counsel and Corey Ebanks, by and through his undersigned counsel and the United States, by and through Assistant United States Attorney Kyle Reardon, hereby agree and stipulate that the status conference previously scheduled for September 18, 2009 should be continued to November 4, 2009, and that date is available with the Court.

   The reason for this request is that the defendants are in the process of reviewing discovery, engaging in defense investigation and negotiations with the government.  The parties agree that the status conference  should be continued to November 4, 2009 and that time

should be excluded for preparation of counsel under 18 U.S.C. § 3161(H)(8)(b)and under § 3161 (h)(1)(D) and pursuant to local code T2 and T4.

Respectfully submitted,

Dated: September 16, 2009   /s/ Shari Rusk
                            Shari Rusk
                            Attorney for Defendant
                            Tehan Ferguson


                            /s/ Robert Holley
                            Attorney for Defendant
                            Corey Ebanks


                            /s/ Kyle Reardon
Dated: September 16, 2009   Kyle Reardon
                            Assistant United States Attorney


**ORDER**

IT IS SO ORDERED.

Dated: September 17, 2009

                            /s/ Edward J. Garcia
                            U. S. DISTRICT JUDGE

2