1  SHARI RUSK, Bar #170313
   ATTORNEY AT LAW
2  1710 BROADWAY, SUITE 111
   Sacramento, California 95818
3  Telephone: (916) 804-8656

4  Attorney for Defendant
   Tehan Ferguson
5

6               IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9

10 UNITED STATES OF AMERICA,   )  NO. CR. S.09-172 EJG
                               )
11              Plaintiff,     )
                               )  **Stipulation to Continue Status**
12     v.                      )  **Conference & Proposed Order**
                               )
13 TEHAN FERGUSON, et. al.     )  Date: December 18, 2009
                               )  Time: 10:00 a.m.
14              Defendants.    )  Court: Hon. Edward J. Garcia
                               )
15 _____ )     **\*\*AS MODIFIED\*\***
16 ___

17

18
        Defendants, Tehan Ferguson, by and through his undersigned
19
   counsel and Corey Ebanks, by and through his undersigned counsel and
20
   the United States, by and through Assistant United States Attorney
21
   Kyle Reardon, hereby agree and stipulate that the status conference
22
   previously scheduled for November 4, 2009 should be continued to
23
   **December 18 2009, if that date is available with the Court.
24
        The reason for this request is that the defendants are in the
25
   process of reviewing discovery, engaging in defense investigation and
26
   negotiations with the government.   The parties agree that the status
27
   conference  should be continued to December 18, 2009 and that time
28

should be excluded for preparation of counsel under 18 U.S.C. § 3161(H)(8)(b)and under § 3161 (h)(1)(D) and pursuant to local code T2 and T4.

```
                                Respectfully submitted,

                                /s/ Shari Rusk
Dated: November 2, 2009              Shari Rusk
                                Attorney for Defendant
                                Tehan Ferguson


                                /s/ Robert Holley____
_____     Attorney for Defendant
                                Corey Ebanks


_____     /s/ Kyle Reardon____
Dated: November 2, 2009              Kyle Reardon
                                Assistant United States Attorney
```

**ORDER**

IT IS SO ORDERED.

Dated: November 3, 2009

/s/ Edward J. Garcia
U. S. DISTRICT JUDGE

2