BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:09-CR-0172 EJG |
|---|---|---|
| Plaintiff, | ) ) | ORDER CONTINUING STATUS CONFERENCE |
| v. | ) ) | Date: Friday, January 15, 2009 |
| TEHAN FERGUSON, | ) ) | Time: 10:00 a.m. Court: Hon. Edward J. Garcia |
| Defendant. | ) ) | |

The parties request that the status conference currently set for Friday, December 18, 2009, at 10:00 a.m., be continued to Friday, January 15, 2010, at 10:00 a.m., and stipulate that the time beginning December 18, 2009, and extending through January 15, 2010, should be excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

The reason for this request is that the defendant is in the process of reviewing discovery, engaging in defense investigation and negotiations with the government.  The parties agree that the status conference should be continued to January 15, 2010 and

///

///

///

1

that time should be excluded for preparation of counsel under 18 U.S.C. § 3161(H)(7)(b) and under § 3161(h)(1)(D) and pursuant to local code T4.

DATED: December 17, 2009        Respectfully submitted,

                                BENJAMIN B. WAGNER
                                United States Attorney


                           By:  */s/ Kyle Reardon*
                                KYLE REARDON
                                Assistant U.S. Attorney



DATED: December 17, 2009        */s/ Kyle Reardon for*
                                SHARI RUSK
                                Counsel for the defendant


**O R D E R**

APPROVED AND SO ORDERED.

DATED: December 21, 2009        /s/ Edward J. Garcia
                                EDWARD J. GARCIA
                                U.S. District Court Judge