```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                 EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
          Plaintiff,

     v.                              CR. NO. S-09-0444 JAM

JERRY VAN LE,
          Defendant.
_____/
UNITED STATES OF AMERICA,
          Plaintiff,
     v.
                                     CR. NO. S-09-0159 EJG
CHUNG JENG TANG,
          Defendant.
_____/
UNITED STATES OF AMERICA,
          Plaintiff,
     v.
                                     CR. NO. S-09-0172 EJG
TEHAN FERGUSON,
          Defendant.
_____/
UNITED STATES OF AMERICA,
          Plaintiff,
     v.
                                     CR. NO. S-09-0173 EJG
NATHAN BITNER,
          Defendant.
_____/
UNITED STATES OF AMERICA,
          Plaintiff,
     v.

COREY EBANKS,                        CR. NO. S-09-0174 EJG
          Defendant.
_____/
UNITED STATES OF AMERICA,
          Plaintiff,
     v.

KEILAN JOHNSON,                      CR. NO. S-09-0175 EJG
          Defendant.
_____/    RELATED CASE ORDER
```

1

1     The United States Attorney's Office has filed a Notice of
2  Related case seeking to relate <u>United States v. Jerry Van Le</u>, Cr.
3  No. 09-0444 JAM, to the other above-captioned cases. Examination
4  of <u>Le</u> reveals it is related to the other actions within the
5  meaning of Eastern District Local Rule 83-123.  The cases arise
6  out of the same law enforcement investigation and present common
7  factual and legal issues.  Accordingly, assignment of the matters
8  to the same judge will effect a saving of judicial effort and is
9  also likely to be convenient for the parties.
10     Relating the cases merely results in assignment to the same
11 judge; no consolidation is effected.  Under the regular practice
12 of this court related cases are generally assigned to the judge
13 to whom the first filed action was assigned.
14     IT IS THEREFORE ORDERED that the action entitled <u>United
15 States v. Jerry Van Le</u>, Cr. No. S-09-0444 JAM, is hereby
16 reassigned to Judge Edward J. Garcia for all further proceedings;
17 the caption on documents filed in the reassigned case shall be
18 shown as Cr. No. S-09-0444 EJG.  ***A status conference in the
19 reassigned case shall be at 10:00 a.m., February 5, 2010 before
20 Judge Garcia.***  IT IS FURTHER ORDERED that the Clerk of the Court
21 make appropriate adjustment in the assignment of criminal cases
22 to compensate for this reassignment.
23     IT IS SO ORDERED.
24 Dated: January 25, 2010        /s/ Edward J. Garcia
                                  EDWARD J. GARCIA, JUDGE
25                                UNITED STATES DISTRICT COURT

26                                   2