```
SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Tehan Ferguson
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    )   NO. CR. S.09-172 EJG
                             )
              Plaintiff,     )
                             )   Stipulation and Order to
       v.                    )   Continue Status Conference
                             )
TEHAN FERGUSON, et. al.      )   Date: February 19, 2010
                             )   Time: 10:00 a.m.
              Defendants.    )   Court: Hon. Edward J. Garcia
                             )
_____)
```

    Defendants, Tehan Ferguson, by and through his undersigned counsel, by and through his undersigned counsel and the United States, by and through Assistant United States Attorney Kyle Reardon, hereby agree and stipulate that the status conference previously scheduled for February 12, 2010 should be continued to February 19, 2010, and that date is available with the Court.

    The reason for this request is that the parties have reached an agreement in principle and would request that the matter be put on for a change of plea in one week. The parties agree that the status conference should be continued to February 19, 2010 and that time

should be excluded for preparation of counsel under 18 U.S.C. § 3161(H)(8)(b)and under § 3161 (h)(1)(D) and pursuant to local code T2 and T4.

Respectfully submitted,

Dated: February 9, 2010

/s/ Shari Rusk
    Shari Rusk
Attorney for Defendant
Tehan Ferguson

Dated: February 9, 2010

/s/ Kyle Reardon
    Kyle Reardon
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: February 11, 2010

/s/ Edward J. Garcia
Hon. Edward J. Garcia
United States District Court Judge