SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Tehan Ferguson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S.09-172 EJG |
| Plaintiff, ) | |
| ) | **Stipulation to Continue** |
| v. ) | **Judgment and Sentencing &** |
| ) | **Proposed Order** |
| TEHAN FERGUSON, et. al. ) | |
| ) | Date: July 16, 2010 |
| Defendants. ) | Time: 10:00 a.m. |
| ) | Court: Hon. Edward J. Garcia |
| _____ ) | |

    Defendants, Tehan Ferguson, by and through his undersigned counsel and the United States, by and through Assistant United States Attorney Kyle Reardon, hereby agree and stipulate that the judgement and sentencing previously scheduled for May 14, 2010 should be continued to July 16, 2010, and that date is available with the Court.

    The reason for this request is that the defendant is providing information that will ultimately effect the government's sentencing recommendation. The parties agree to the following schedule:

        Draft PSR:           June 4, 2010

```
        Informal Objections:      June 18, 2010
        Final Report:             June 25, 2010
        Sentencing Memorandum:    July 2, 2010
        Opposition or Reply:      July 9, 2010
        Judgement & Sentencing:   July 16, 2010
```

                              Respectfully submitted,

                              /s/ Shari Rusk
Dated: April 5, 2010             Shari Rusk
                              Attorney for Defendant
                              Tehan Ferguson




                                      /s/ Kyle Reardon____
Dated: April 5, 2010          Kyle Reardon
                                 Assistant United States Attorney



**ORDER**

IT IS SO ORDERED.

Dated: April 6, 2010

                              /s/ Edward J. Garcia
                              EDWARD J. GARCIA
                              U. S. DISTRICT JUDGE
       _____

2