```
SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Tehan Ferguson
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TEHAN FERGUSON, et. al.<br><br>　　　　　Defendants.<br>_____ | NO. CR. S.09-172 EJG<br><br>**Stipulation to Continue Judgment and Sentencing & Proposed Order**<br><br>Date: August 27, 2010<br>Time: 10:00 a.m.<br>Court: Hon. Edward J. Garcia |

　　Defendants, Tehan Ferguson, by and through his undersigned counsel and the United States, by and through Assistant United States Attorney Kyle Reardon, hereby agree and stipulate that the judgement and sentencing previously scheduled for July 16, 2010 should be continued to August 27, 2010, and that date is available with the Court.

　　The reason for this request is that the defendant has provided information that the government is corroborating, which will ultimately effect the government's sentencing recommendation. The parties agree to the following schedule:

|   |                           |                    |
|---|---------------------------|--------------------|
| 1 | Informal Objections:      | August 6, 2010     |
| 2 | Final Report:             | August 13, 2010    |
| 3 | Sentencing Memorandum:    | August 20, 2010    |
| 4 | Judgement & Sentencing:   | August 27, 2010    |

Respectfully submitted,

Dated: July 12, 2010
/s/ Shari Rusk
Shari Rusk
Attorney for Defendant
Tehan Ferguson

Dated: April 5, 2010
/s/ Kyle Reardon
Kyle Reardon
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:   July 13, 2010

/s/ Edward J. Garcia
Hon. Edward J. Garcia
United States District Court Judge