SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Tehan Ferguson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S.09-172 EJG |
| ) | |
| Plaintiff, ) | |
| ) | **Stipulation to Continue** |
| v. ) | **Judgment and Sentencing &** |
| ) | **Proposed Order** |
| TEHAN FERGUSON, et. al. ) | |
| ) | Date: September 24, 2010 |
| Defendants. ) | Time: 10:00 a.m. |
| ) | Court: Hon. Edward J. Garcia |
| _____ ) | |

Defendants, Tehan Ferguson, by and through his undersigned counsel and the United States, by and through Assistant United States Attorney Kyle Reardon, hereby agree and stipulate that the judgement and sentencing previously scheduled for August 27, 2010 should be continued to September 24, 2010, if that date is available with the Court.

The reason for this request is that the defendant has provided information that the government is corroborating, which will ultimately effect the government's sentencing recommendation. The parties agree to the following schedule:

```
        Informal Objections:        September 3, 2010
        Final Report:               September 10, 2010
        Sentencing Memorandum:      September 17, 2010
        Judgement & Sentencing:     September 24, 2010


                                    Respectfully submitted,

                                    /s/ Shari Rusk
Dated: August 25, 2010                  Shari Rusk
                                    Attorney for Defendant
                                    Tehan Ferguson




                                    /s/ Kyle Reardon
Dated: August 25, 2010              Kyle Reardon
                                    Assistant United States Attorney
```

### ORDER

IT IS SO ORDERED.

Dated:   August 26, 2010

```
                                    /s/
                                    Hon. Edward J. Garcia
                                    United States District Court Judge
```