1  SHARI RUSK, Bar #170313
   ATTORNEY AT LAW
2  1710 BROADWAY, SUITE 111
   Sacramento, California 95818
3  Telephone: (916) 804-8656

4  Attorney for Defendant
   Tehan Ferguson
5

6              IN THE UNITED STATES DISTRICT COURT

7           FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9

10 UNITED STATES OF AMERICA,      )  NO. CR. S.09-172 EJG
                                  )
11              Plaintiff,        )
                                  )  **Stipulation to Continue**
12      v.                        )  **Judgment and Sentencing &**
                                  )  **Proposed Order**
13 TEHAN FERGUSON, et. al.        )
                                  )  Date: December 10, 2010
14              Defendants.       )  Time: 10:00 a.m.
                                  )  Court: Hon. Edward J. Garcia
15 _____  )
16 ___

17

18

19     Defendants, Tehan Ferguson, by and through his undersigned
   counsel and the United States, by and through Assistant United States
20
   Attorney Kyle Reardon, hereby agree and stipulate that the judgement
21
   and sentencing  previously scheduled for September 24, 2010 should
22
   be continued to December 10, 2010, and that date is available with
23
   the Court.
24
       The reason for this request is that the defendant has provided
25
   information that the government is corroborating, which will
26
   ultimately effect the government's sentencing recommendation. The
27
   parties agree to the following schedule:
28

1    Informal Objections:        October 15, 2010

2    Final Report:               October 22, 2010

3    Sentencing Memorandum:      December 3, 2010

4    Judgement & Sentencing:     December 10, 2010

5

6                                Respectfully submitted,

7                                /s/ Shari Rusk
     Dated: September 21, 2010   Shari Rusk
8                                Attorney for Defendant
                                 Tehan Ferguson
9

10

11

12
                                         /s/ Kyle Reardon____
13   Dated: September 21, 2010         Kyle Reardon
                                     Assistant United States Attorney
14

15

16                            **ORDER**

17   IT IS SO ORDERED.

18   Dated: September 21, 2010

19                             _/s/ Edward J. Garcia_____
                              Hon. Edward J. Garcia
20                           United States District Court Judge

21

22

23

24

25

26

27

28