1  SHARI RUSK, Bar #170313
   ATTORNEY AT LAW
2  1710 BROADWAY, SUITE 111
   Sacramento, California 95818
3  Telephone: (916) 804-8656

4  Attorney for Defendant
   Tehan Ferguson
5



FILED

DEC - 7 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

6         IN THE UNITED STATES DISTRICT COURT

7         FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9

10 UNITED STATES OF AMERICA,    ) NO. CR. S.09-172 EJG
                                 )
11            Plaintiff,         )
                                 ) **Stipulation to Continue**
12    v.                         ) **Judgment and Sentencing &**
                                 ) **Proposed Order**
13 TEHAN FERGUSON, et. al.       )
                                 ) Date: February 18, 2011
14            Defendants.        ) Time: 10:00 a.m.
                                 ) Court: Hon. Edward J. Garcia
15 _____)

16

17

18
      Defendants, Tehan Ferguson, by and through his undersigned
19
   counsel and the United States, by and through Assistant United States
20
   Attorney Kyle Reardon, hereby agree and stipulate that the judgement
21
   and sentencing previously scheduled for December 10, 2010 should be
22
   continued to February 11, 2011, and that date is available with the
23
   Court.
24
      The reason for this request is that the defendant has provided
25
   information that the government is corroborating, which will
26
   ultimately effect the government's sentencing recommendation.
27
   Moreover, the Assistant United States Attorney had to attend an
28

unexpected funeral this week.  The parties agree to the following schedule:

        Informal Objections:      January 21, 2011
        Final Report:              January 28, 2011
        Sentencing Memorandum:  February 11, 2011
        Judgement & Sentencing:  February 18, 2011

Respectfully submitted,

Dated: December 7, 2011

/s/ Shari Rusk
Shari Rusk
Attorney for Defendant
Tehan Ferguson

Dated: December 7, 2011

/s/ Kyle Reardon
Kyle Reardon
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: 12/6/10

Hon. Edward J. Garcia
United States District Court Judge

2