1  SHARI RUSK, Bar #170313
   ATTORNEY AT LAW
2  1710 BROADWAY, SUITE 111
   Sacramento, California 95818
3  Telephone: (916) 804-8656

4  Attorney for Defendant
   Tehan Ferguson

5

6              IN THE UNITED STATES DISTRICT COURT

7            FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9

10 UNITED STATES OF AMERICA,     ) NO. CR. S.09-172 EJG
                                 )
11            Plaintiff,         )
                                 ) **Stipulation to Continue**
12     v.                        ) **Judgment and Sentencing &**
                                 ) **Proposed Order**
13 TEHAN FERGUSON, et. al.       )
                                 ) Date: June 10, 2011
14            Defendants.        ) Time: 10:00 a.m.
                                 ) Court: Hon. Edward J. Garcia
15 _____ )

16 ___

17

18

19     Defendants, Tehan Ferguson, by and through his undersigned

20 counsel and the United States, by and through Assistant United States

21 Attorney Kyle Reardon, hereby agree and stipulate that the judgement

22 and sentencing  previously scheduled for April 22, 2011 should be

23 continued to June 10, 2011, if that date is available with the Court.

24     The reason for this request is contained in a stipulation

25 previously filed under seal. This information involves entirely

26 separate matters from the case at hand and requires the government to

27 coordinate the investigation, requiring time to complete.   The

28 parties agree to the following schedule:

1        Informal Objections:      May 20, 2011

2        Final Report:             May 27, 2011

3        Sentencing Memorandum:    June 3, 2011

4        Judgement & Sentencing:   June 10, 2011

5

6                                  Respectfully submitted,

7                                  /s/ Shari Rusk
  Dated: April 18, 2011           Shari Rusk
8                                  Attorney for Defendant
                                   Tehan Ferguson
9

10

11

12                                 /s/ Kyle Reardon____
13  Dated: April 18, 2011          Kyle Reardon
                                   Assistant United States Attorney
14

15

16                         **ORDER**

17  IT IS SO ORDERED.

18  Dated:   April 19, 2011

19                                 /s/ Edward J. Garcia
                                   Hon. Edward J. Garcia
20                                 United States District Court Judge

21

22

23

24

25

26

27

28

2