1  SHARI RUSK, Bar #170313
   ATTORNEY AT LAW
2  1710 BROADWAY, SUITE 111
   Sacramento, California 95818
3  Telephone: (916) 804-8656

4  Attorney for Defendant
   Tehan Ferguson
5

**FILED**

AUG 1 1 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>TEHAN FERGUSON, et. al.<br><br>           Defendants. | NO. CR. S.09-172 EJG<br><br>**Stipulation to Continue Judgment and Sentencing & Proposed Order**<br><br>Date: October 14, 2011<br>Time: 10:00 a.m.<br>Court: Hon. Edward J. Garcia |

    Defendants, Tehan Ferguson, by and through his undersigned counsel and the United States, by and through Assistant United States Attorney Kyle Reardon, hereby agree and stipulate that the judgement and sentencing previously scheduled for August 12, 2011 should be continued to October 14, 2011, if that date is available with the Court.

    The reason for this request is contained in stipulations previously filed under seal. This information involves entirely separate matters from the case at hand and the ongoing investigation continues to require the government to coordinate the unrelated

1  matters which require substantial time to complete.  The government
2  and its agents have been working diligently with Mr. Ferguson on
3  this matter.  The parties agree to the following schedule:
4          Informal Objections:     September 23, 2011
5          Final Report:            September 30, 2011
6          Sentencing Memorandum:   October 7, 2011
7          Judgement & Sentencing:  June 10, 2011
8
9          Respectfully submitted,
10 Dated: August 10, 2011    /s/ Shari Rusk
11         Shari Rusk
        Attorney for Defendant
12         Tehan Ferguson
13
14
15
16 Dated: August 10, 2011    /s/ Kyle Reardon
        Kyle Reardon
17         Assistant United States Attorney
18
19         **ORDER**
20 IT IS SO ORDERED.
21 Dated: 8/10/11
22         _____
        Hon. Edward J. Garcia
23         United States District Court Judge
24
25
26
27
28